**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENET DEL CID-RENDON, )<br>)<br>Defendant. )<br>_____) | CRIMINAL ACTION<br><br>No. 06-20021-02-KHV |

## ORDER

This matter comes before the Court on defendant's motion for leave to proceed in forma pauperis (Doc. #669) filed October 20, 2010. The Court is satisfied that pursuant to Rule 24(a), Fed. R. App. P., defendant financially qualifies for *in forma pauperis* status. Under Rule 24(a)(1)(C), however, defendant's motion must state the issues which he intends to present on appeal. Rule 24(a) requires such a statement because the district court will deny *in forma pauperis* status if it determines that the appeal is not taken in good faith. See Fed. R. App. P. 24(a)(4)(B). Good faith is an objective standard measured by whether the appeal is "frivolous" or lacks a "rational argument on the law or facts." See Coppedge v. United States, 369 U.S. 438, 448 (1962). Defendant does not state the issues which he intends to appeal. In addressing defendant's motion for a certificate of appealability, the Court noted that defendant has not made a substantial showing of the denial of a constitutional right. Likewise, defendant has not shown that his appeal is made in good faith. Accordingly, defendant's motion to proceed *in forma pauperis* is overruled.

The Clerk is directed to forward a copy of this order to the Clerk of the Tenth Circuit.

**IT IS THEREFORE ORDERED** that defendant's motion for leave to proceed in forma pauperis (Doc. #669) filed October 20, 2010 be and hereby is **OVERRULED**.

Dated this 3rd day of November, 2010 at Kansas City, Kansas.

                                                 s/ Kathryn H. Vratil
                                                 KATHRYN H. VRATIL
                                                 United States District Judge